

# In the Missouri Court of Appeals
## Eastern District

FEBRUARY 16, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101986    STATE OF MISSOURI, RES V RYAN HUDSON, APP

2.      ED102515 IN THE MATTER OF:  ISADORE LOWERY

3.      ED102574 STATE OF MISSOURI, RES V JERRY OUSLEY, APP

4.      ED102666 DARRIN M. MCCALL, APP V STATE OF MISSOURI, RES

5.      ED102770 STATE OF MISSOURI, RES V SEAN JONES, APP

6.      ED102784 BROOKE BRICKER, RES. V JAMES BRICKER APP.

7.      ED102797 ARIEL BLANKENSHIP-YEP, RES V HEYL TRUCK LINES, APP

8.      ED103050 JACQUELINE N. WALKER, APP V STATE OF MISSOURI, RES

9.      ED103109 RAYMOND J. NIXON, APP V STATE OF MISSOURI, RES